SEALED

E-FILED
Thursday, 05 January, 2023  08:39:19 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

FILED
JAN 0 4 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  |
| Plaintiff, | ) |
| vs. | ) Case No. 23-CR-200-03 |
| TYWAN M. STRINGER, | ) Title 18, United States Code, Section 922(g)(1). |
| Defendant. | ) |

## INDICTMENT

### COUNT 1
### Possession of a Firearm by a Felon

**THE GRAND JURY CHARGES:**

On or about October 6, 2022, in Coles County, in the Central District of Illinois,

**TYWAN M. STRINGER,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely, a Ruger EC9, 9mm semi-automatic handgun, bearing the serial number 461-29158,

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

THE GRAND JURY CHARGES:

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts One of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about October 6, 2022, in the Central District of Illinois,

**TYWAN M. STRINGER,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) a Ruger EC9, 9mm semi-automatic handgun, bearing the serial number 461-29158 (with magazine); and (2) any ammunition found therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.

s/Foreperson
FOREPERSON



s/Douglas Quivey
GREGORY K. HARRIS
United States Attorney
NTB