E-FILED
Wednesday, 13 November, 2024  09:50:30 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

FILED

NOV 1 2 2024

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 23-CR-20003 |
| v. | ) | |
| TYWAN M. STRINGER, | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, find the defendant, Tywan M. Stringer, _____Guilty_____
(guilty, not guilty)

of the offense of Possession of a Firearm by a Felon as charged in Count One of the

indictment.

DATE: _____11-12-24_____

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

Foreperson